◘ COPY

GEORGE G. WEICKHARDT (SBN 58586)
gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
wkrog@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone : (415) 543-4800
Facsimile : (415) 972-6301

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued
herein as JPMORGAN CHASE BANK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN SHAMOYAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK,<br><br>　　　　Defendant. | Case No. CV10-4338 RSWL (SSx)<br><br>**COUNTERCLAIM OF CHASE BANK USA, N.A.'S AGAINST ARSEN SHAMOYAN** |
| CHASE BANK USA, N.A.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>ARSEN SHAMOYAN,<br><br>　　　　Counterdefendant. | |

Chase Bank USA, N.A. ("Chase"), a national banking association, counterclaims against counter-defendant ARSEN SHAMOYAN, as follows:

### JURISDICTION AND VENUE

1.   This is a compulsory counterclaim to the complaint herein. Jurisdiction is founded upon supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

RC1/5617465.1/WK1                                - 1 -                COUNTERCLAIM OF CHASE BANK USA, N.A.'S AGAINST ARSEN SHAMOYAN

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

2. Counter-defendant Arsen Shamoyan is a resident of this district and is plaintiff in the above-entitled action.

3. Counterclaimant Chase Bank USA, N.A. is a national banking association with its main office in the State of Delaware.

4. On or about May 20, 2005, counter-defendant applied for and was issued a Chase credit card account (the "Account") which was governed by a cardmember agreement (the "Agreement"). Pursuant to the Agreement, counter-defendant agreed to pay Chase for all purchases made by, and cash advances obtained by, counter-defendant through use of his Chase Account; finance charges accruing on the Account; and late payment, returned payment, overlimit and annual membership fees.

5. The Agreement also contains a provision pursuant to which counter-defendant agreed to pay Chase's collection costs, including attorneys fees, court costs and all other expenses in the event that counter-defendant was in default because of a failure to make payment on the Account.

6. Counter-defendant has failed or refused to make all of the payments required under the Agreement, and there remains an unpaid balance under the Agreement in the amount of $3,234.76. Wherefore, Chase Bank USA, N.A. prays for judgment as indicated below.

## SECOND CLAIM FOR RELIEF

### (Money Had and Received)

7. Chase hereby incorporates as if fully set forth the allegations contained in paragraphs 1 through 7 above.

8. Within the last two years, cross-defendant became indebted to Chase in the amount of $3,234.76 for money had and received.

WHEREFORE, Chase Bank USA, N.A. prays for judgment as follows:

1. For damages in the amount of $3,234.76 plus interest pursuant to the Agreement at the rate of 29.99% per annum from March 31, 2010, to the date a judgment is rendered for Chase Bank on this counterclaim;

2. For its costs and attorneys fees as provided for in the Agreement; and

3. For such other and further relief as the Court deems proper.

Dated: June 25, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ 
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as JPMORGAN CHASE BANK